IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES of America )   CRIMINAL NO.
   Plantiff )   18-30095-NJR
   VS )
William L ISAAC )
   Defendant )

DEFENDANT'S RESPONSE TO THE GOVERNMENT'S RESPONSE to THE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

While the records show that the Petitioner was asymptomatic, he did suffer symptoms of COVID-19. Those symptoms included a slight cough, loss of taste/smell, body aches. THE BOP did not classify you as symptomatic unless you had a tempeture of 100 degrees or more. They simply ignored the other symptoms.

(1)

The Government states that this Petitioner had suffered no ill effects from contracting COVID-19 twice. This statement is false.

While in quarrantine, this Petitioner complained of shortness of breath, heart palpatations, and light headedness, which are shown in the Government's own Exhibit A. The doctor said "this was a concern. After six months, this Petitioner is still being diagnosed and tested to what the issue is.

This Petitioner is now suffering from side effects of COVID-19 which include a slightly enlarged heart and heart valves, reduction in kidney function and an extremely elevated thyroid hormone (See Exhibit B). The Petitioner is scheduled to see the Nephrologist again, this will be the second visit in the last month. This Petitioner still suffers from shortness of breath, tightness of the chest after climbing stairs or when stress is placed on his heart.

The Government states that the medical conditions the Petitioner suffers from are stable. due to the care of the BOP. The main influence of that stability is with this Petitioner. THE PETITIONER MADE A CHOICE to improve His Health after having a stroke and heart issues. The Petitioner made a choice to lower his A1C Levels by watching what he eats. The menu that the BOP serves is NOT designed to help a diabetic. The Petitioner did not want to die in Prison.

So the statement that the Petitioner has suffered no ILL effects from COVID-19 is Not true.

## BOP's COVID-19 PLAN FAILING

The Government states that the BOP is taken significant measures to protect the inmate population, the Numbers of re-INFECTIONS, New INFECTIONS tell a

③

different story. Fort Dix, NJ-100, FMC ROCHESTER, MN - 110, WASECA -200, Ashland- over half the population.

IF the plan was working, then why are eligible inmates seeking relief from the Courts?

Why are the Courts dictating to the BOP in their jurisdictions to expedite release of eligible inmates?

Why is the United States Congress considering and enacting legislation to assist eligible inmates who are at risk like this Petitioner?

## Conditions At FMC LEXINGTON

The Information stated on the BOP website about FMC LEXINGTON that the Government used is incorrect.

Currently, FMC LEXINGTON has 40 inmates with active cases and 4 staff members. Per the Wardens memo dated Nov 2020, 317 inmates and 19 staff members have recovered from COVID-19.

(4)

On two occasions, the Petitioner was exposed again to COVID-19. The first instance was from two staff members who work in the same section as the Petitioner. Both of these members are positive cases. The Petitioner was tested and fortunately negative.

The second occasion came during the current outbreak here at FMC Lexington. The outbreak started in the housing unit where the Residential Drug and Alcohol Program is conducted. Six members who live in the same housing unit as the Petitioner attend that program. One member of the six, who had tested positive earlier in the year, tested positive again. This inmate was allowed to roam free throughout the housing area. This inmate actually bumped into the Petitioner while walking down the hall to receive insulin.

Prior to the current outbreak, FMC LEXINGTON was housing the few active cases in the same housing unit

⑤

as the Petitioner, This quarantine area was between two living areas. The infected inmates were walked through the common area and up a flight of stairs that is utilized by INMATES. Correctional officers do not wear any PPE and roam through the housing unit.

FMC LEXINGTON has given up on the CDC Guideline of Six feet between inmates. Inmates in the Petitioner's housing area are not spread apart. Inmates are not socially distanced during Insulin, pill and meal lines. While inmates are required to wear masks and punished for not wearing them, some Correctional officers walk through the institution without wearing their masks. This is in contrast to the directive that masks are mandated. This directive was issued on 8-27-2020.

With these conditions, it is no wonder why a report from John's Hopkins that was published in the AMA Journal of Medicine stated that inmates are 5.5 times more

likely to catch COVID-19 and 3 times more likely to die from it.

Reply To The Government's Argument

The extraordinary and compelling reasons for reduction in sentence, that this court and other jurisdictions, that have been previously mentioned in the Petitioner's motion, have already been ruled on in favor of the Petitioner's position.
This petitioner did suffer symptoms from his first contraction of COVID-19 and is still dealing with continuing issues from contracting COVID-19 twice.
The Petitioner can still contract COVID-19 for a third time. With his continuing health issues, (heart issues, diabetes, kidney disease, obesity and thyroid) justify those extra ordinary and compelling reasons.
The Government's claim that the Petitioner would not be deterred from future criminal activity after just serving less than two years of his

⑦

fifteen year sentence. This Petitioner strongly disagrees. This Petitioner has learned from his transgressions.

The Petitioner acknowledged and accepted his sentence that was offered and accepted by the Government. He also acknowledges the need to continue his counseling and participation in the Sexual Offender Treatment Program. He did not agree to a death sentence.

Unfortunately, the Sexual Offender Treatment Program is not offered at FMC Lexington. The ability to transfer to a facility that has this program and can take care of the Petitioners Care Level 3 health issues are greatly diminished due to the COVID-19 Pandemic.

The Government is now concerned for Public Safety if the Petitioner is released but had no objections to his being on Home Confinement from his indictment date of June 19, 2018 to his

⑧


incarceration date of 6-07-19.

The Petitioner's PATTERN score, which the BOP see uses, is a minimum. According to the United States Sentencing Commission, older inmates are less likely to recommit their crimes. This Petitioner falls into that category. This Petitioner knows that his movements and activities will be well monitored if he is released to Home Confinement.

Except for the incident in viewing the stories, which happend right after his indictment, the Petitioner went to counseling and obeyed all restrictions placed on him before he was incarcerated. Once he was in the prison system, the Petitioner inquired about the Sex Offender Treatment Program.

As stated in his motion, the petitioner has been a model inmate since his incarceration. He has tried to improve his health, improved his Education, became an active member in the Sports Department and has gained employment in the Federal Prison Industries (UNICOR).

(9)

The Petitioner is awaiting an answer to his inquiry about an apprenticeship program in UNICOR for "OFFICE MANAGER."

This Petitioner has lost part of his life, is humiliated that he is a felon and extremely embarrassed of the reason he is a felon.

This Petitioner prays that this Court releases him to a period of Home Confinement. He would pay for his Sexual Offender Treatment Program, which lifts the burden from the Government, pay for all monitoring and finally his continued counseling.

For these reasons, the Petitioner asks the Court to re Sentence him under the totality of the Circumstances with the reasons listed in this reply and the Petitioner's original motion.

Based on the above and the Motion IN CONSIDERATION, this Court should "GRANT" the Petitioner's request for Compassionate release, reduce his

⑩

his sentence to time served plus an amount of Home Confinement appropriate to achieve the goals of his incarceration, and to a period of supervised release as appropriate.

Dated
November 30, 2020

Respectfully submitted,

William L. Isaac

William L. Isaac
14119-025
Federal Medical Center - Lexington
P.O. Box 14500
Lexington, KY
40512

Case 3:18-cr-30095-NJR   Document 50   Filed 12/08/20   Page 12 of 17   Page ID #687
Case 3:18-cr-30095-NJR   Document 49-1 *SEALED*   Filed 11/20/20   Page 26 of 186   Page
ID #२

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ISAAC, WILLIAM L | | Reg #: | 14119-025 |
| Date of Birth: 03/26/1964 | Sex: M  Race: WHITE | Facility: | LEX |
| Encounter Date: 06/10/2020 12:51 | Provider: Adams, Terre MD | Unit: | A04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Adams, Terre MD
    **Chief Complaint:** INFECTIOUS DISEASE
    **Subjective:** CCC visit. Last seen on 5/28/19. During COVID emergency, due date 6/28/20
    Covid positive on 5/13/20 now s/p 14 day isolation and he has been placed in the recovery unit. He remains asymptomatic.
    **Pain:** No

    **COMPLAINT 2**    **Provider:** Adams, Terre MD
    **Chief Complaint:** CARDIAC
    **Subjective:** 56 YOWM  CARE 3   AD: 5/7/19   PRD: 02/15/2032
    PMH: T2DM with retinopthy, CKD 4, HTN, HLD, Afib, HF, CVA, Chronic anticoagulation
    T2DM on NPH insulin with excellent control, HbA1c 6.4%. He follows with Oph, checks feet daily with no wounds over the last 6 months and denies peripheral neuropathy. Next eye exam is currently due. Denies significant hypoglycemic episodes

    CKD 4 with BUN creatinine stable at 31/2.11 and GFR 33; gross proteinuria, and following with Nephrology. DM and HTN are well controlled.

    CAD, HF, Afib s/p cardioversion and ablasion in 6/2018. HTN and HLD both well controlled with medications. Meds include carvedilol for rate control/HF, Lasix, lisinopril and NTG prn. He denies CP, SOA, DOE or pedal edema until the last 3 weeks, in which he has noted several episodes of palpitations associated with DOE and L sided CP/pressure when climbing the stairs. He stops and rests and symptoms usually do not last more than a couple minutes but up to 30 mins. <u>Advised that this is not normal and is of concern</u>. He is to notify someone if this occurs again and/or is persisting. Will ask Cardiology to see. No orthopnea or PND.

    Obesity with BMI 32 and metabolic syndrome, including gout. He denies any gouty episodes since beginning allopurinol and he denies problems with the medication. States he is compliant.

    Allergies: None
    **Pain:** No

**Seen for clinic(s):** Cardiac, Diabetes, Nephrology, Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/10/2020 | 13:05 LEX | 97.8 | 36.6 | | Adams, Terre MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/10/2020 | 13:05 LEX | 64 | | | Adams, Terre MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/10/2020 | 13:05 LEX | 16 | Adams, Terre MD |

Generated 06/10/2020 13:55 by Adams, Terre MD     Bureau of Prisons - LEX     Page 1 of 5

Exhibit A     000026

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | ISAAC, WILLIAM L | | | Reg #: | 14119-025 |
|---|---|---|---|---|---|
| Date of Birth: | 03/26/1964 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/29/2020 12:59 | Provider: | Lakes, Diana RN, | Facility: | LEX |

**Cosigned by Adams, Terre MD on 06/30/2020 12:10.**

 

Report Status: Final

ISAAC, WILLIAM

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| ISAAC, WILLIAM<br><br>DOB: 03/26/1964   AGE: 56<br>Gender:   M   Fasting: N<br>Phone:   NG<br>Patient ID: 14119-025 | Specimen:   WX319423A<br>Requisition: 0004187<br>Lab Ref #:   154202507<br><br>Collected:   10/20/2020 / 07:00 EDT<br>Received:    10/21/2020 / 08:30 EDT<br>Reported:    10/21/2020 / 15:30 EDT | Client #: 10407160    4000000<br>TERRE ADAMS<br>FMC LEXINGTON<br>Attn: TRACI MULLINS<br>3301 LEESTOWN RD<br>LEXINGTON, KY 40511-8702 |

COMMENTS:   FASTING:NO

```
Test Name                         In Range        Out Of Range    Reference Range         Lab
PTH, INTACT WITHOUT                                                                       CB
  CALCIUM
    PARATHYROID HORMONE,
      INTACT                                      106 H           14-64 pg/mL

      Interpretive Guide    Intact PTH            Calcium
      ------------------    ----------            -------
      Normal Parathyroid    Normal                Normal
      Hypoparathyroidism    Low or Low Normal     Low
      Hyperparathyroidism
        Primary             Normal or High        High
        Secondary           High                  Normal or Low
        Tertiary            High                  High
      Non-Parathyroid
        Hypercalcemia       Low or Low Normal     High


PERFORMING SITE:
CB    QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V. THOMAS, MD, CLIA: 14D0417052

LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:
    PARATHYROID HORMONE,                                                                  CB
      INTACT                                      106 H           14-64 pg/mL

      Interpretive Guide    Intact PTH            Calcium
      ------------------    ----------            -------
      Normal Parathyroid    Normal                Normal
      Hypoparathyroidism    Low or Low Normal     Low
      Hyperparathyroidism
        Primary             Normal or High        High
        Secondary           High                  Normal or Low
        Tertiary            High                  High
      Non-Parathyroid
        Hypercalcemia       Low or Low Normal     High
```



EXHIBIT B

CLIENT SERVICES: 866.697.8378            SPECIMEN: WX319423A                        PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

To the Honorable Judge Rosenstengel,

Enclosed is my reply to the Government's Reply to my motion for Compassionate Release. I ask for the Court's indulgence with this reply as it is hand written due to the lack of access to a typewriter.

Respectfully Submitted,

William Heac

CERTIFIED MAIL

1730 0000 2644 1865

ISAAC, W.
14119-025
Federal Medical Center Lexington
P.O. Box 1500
Lexington, KY 40512

⇔14119-025⇔
Us Federal Court House
750 Missouri AVE
E Saint Louis, IL 62201
United States

LEXINGTON
MON 30 NOV 2020

MAIL CLEARED
US MARSHALS

FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 11/30/20

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

RECEIVED
DEC 08 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE